IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

GEROME MOORE                                                                                               PLAINTIFF

VS.                                                      CIVIL ACTION NO.  4:08cv72-TSL-LRA

WARDEN DALE CASKEY, *et al.*                                                              DEFENDANTS

## ORDER RESCINDING WRIT

By previous Order dated August 21, 2008, this Court ordered the Warden of the East Mississippi Correctional Facility to transport Gerome Moore to the United States District Court for the Southern District of Mississippi and particularly to U.S. Magistrate Judge Linda R. Anderson, James Eastland Courthouse, 245 E. Capitol Street, Fifth Floor, Hearing Room 526, Jackson, Mississippi on October 22, 2008.  Because the hearing has now been continued to December 17, 2008 the previous writ should be rescinded.

IT IS, THEREFORE, ORDERED that the Writ of Habeas Corpus Ad Testificandum to transport Gerome Moore on **October 22, 2008** is hereby **rescinded.**

IT IS FURTHER ORDERED that the **Clerk of the Court is directed to send a copy of this order to the Warden of the East Mississippi Correctional Facility.**

SO ORDERED October 7, 2008.

*s/Linda R. Anderson*
UNITED STATES MAGISTRATE JUDGE