# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

GEROME MOORE                                                                                          PLAINTIFFF

VS.                                                                  CIVIL ACTION NO. 4:08cv72 TSL-LRA

WARDEN DALE CASKEY, et al.           `                                                 DEFENDANTS

## JUDGMENT

This matter having come on to be heard on this date upon the report and recommendation of United States Magistrate Judge Linda R. Anderson entered in this cause on February 22, 2010, and the court, having adopted said report and recommendation as the finding of this court by order dated this day, finds that this cause should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed with prejudice.

SO ORDERED this the 10th day of March, 2010.


                                    /s/Tom S. Lee
                                    UNITED STATES DISTRICT JUDGE